**Order entered October 19, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-01198-CV

### IN RE A&C VAZQUEZ ENTERPRISES, LLC, Relator

**Original Proceeding from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. #DC-17-13801**

## ORDER
Before Justices Francis, Brown, and Stoddart

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of

mandamus. We **ORDER** relator to bear the costs, if any, of this original proceeding.


/s/      ADA BROWN
          JUSTICE